■ In the Matter of MAXWELL GROSSBARD, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Respondent may serve answer or objections in point of law on or before November 30, 1961. Present — Bergan, P. J., Gibson, Herlihy and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. CAMERON FAY PAGE, Defendant.—

Present — Bergan, P. J., Gibson, Herlihy and Taylor, JJ.

## (November 29, 1961)

In decisions Nos. 1–8: Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ (A) RAYMOND VAN HOESEN, JR., Respondent, v. WEBER CONSTRUCTION CO., INC., et al., Appellants. (B) MELVIN A. BRAGG, Respondent, v. DORA SMILOWITZ et al., Appellants. (C) In the Matter of the Claims of CLARA MARKIDIS et al., Respondents, v. AMERICAN AIRLINES, INC., et al., Appellants, and SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. (D) FRANCIS J. KENNEDY et al., as Executors of MARY H. T. KENNEDY, Deceased, Plaintiffs, v. KENNEDY CONSTRUCTION COMPANY et al., Defendants. (E) In the Matter of the Claim of JOSEPH H. MOSS, Respondent, v. SAMISCO REALTY CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (F) In the Matter of the Claim of GAYTON MILLEFIORE, Appellant, v. U. S. CASUALTY Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (G) In the Matter of the Claim of ADA M. WHITE et al., Appellants, v. RUSSO BROS. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (H) JOSEPH E. MARCUS, Appellant, v. FRANK R. JACKSON et al., Respondents. (I) FRANK R. JACKSON, Respondent, v. JOSEPH E. MARCUS, Defendant-Appellant and Third-Party Plaintiff, v. BROOKWOOD CAMP, INC., Third-Party Defendant. (J) In the Matter of the Claim of ALFRED MASON, Respondent, v. LIT REALTY COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (K) In the Matter of the Claim of MONICA HANRAHAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (L) In the Matter of the Claim of JACOB KLEIN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (M) In the Matter of the Claim of FAY LIPTON, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (N) In the Matter of the Claim of JOHN HENRY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (O) In the Matter of the Claim of MARIE M. CHICO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (P) In the Matter of the Claim of ORAZIO D'AVANZO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Q) In the Matter of the Claim of MICHAEL MOLINA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (R) In the Matter of the Claim of PABLO HERNANDEZ, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (S) In the Matter of the Claim of CAROL PRIVRACKY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (T) In the Matter of the Claim of EMILY DIOGUARDI, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (U) In the Matter of the Claim of THEODORE R. COOPER, Appellant. MARTIN P. CATHERWOOD,

as Industrial Commissioner, Respondent. (V) In the Matter of the Claim of ANN POMINVILLE, Respondent. BEAVERITE PRODUCTS, INC., Appellant, MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (W) In the Matter of the Claim of MILTON DOSHINSKY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (X) In the Matter of the Claim of WILLIAM C. DORE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Y) In the Matter of the Claim of ALBERT SMITH, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Z) In the Matter of the Claim of SARAH HAHN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (AA) In the Matter of the Claim of ULYSSES JENKINS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (BB) In the Matter of the Claim of VICTOR GALLESSICH, Respondent, v. S. A. SCHONE-BRUNN & CO., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—[In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the March 1962 Term on or before February 1, 1962, in which event motions denied.

■ (A) PEARL DRUCKMAN et al., Respondents, v. EDWARD FELDBERG ESTATES, INC., Appellant. (B) In the Matter of the Claim of GERARD CHANDLER, Appellant, v. WESTCHESTER COUNTY PUBLISHERS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) In the Matter of the Claim of STANLEY J. GREENFIELD, Appellant, v. SMITH CORONA, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (D) In the Matter of the Claim of GEORGE MEYERS, Appellant, v. GANNETT COMPANY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (E) In the Matter of EDWARD J. LESICA, Petitioner, v. ARTHUR LEVITT, as Comptroller of the State of New York, et al., Respondents. (F) EDITH COLEMAN et al., Appellants, v. JOHN E. SHEA, Respondent. (G) In the Matter of the Claim of VALENTINE L. SHEMACK, Respondent, v. DYNA EMPIRE INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motions to dismiss appeals granted by default, without costs.

■ In the Matter of the Claim of WALTER SZEWCZUK, Appellant, v. BETHLEHEM STEEL CO., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Permission to file typewritten briefs and appendices granted.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT ALLEN, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BRUNSON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN PEARSON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED J. SMITH, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM B. ELLIOTT, Appellant.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES ROBINSON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. — Permission to prosecute appeal as a poor person granted. Appeal may be